

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW　　　　　　　　　　　　　　　　　　　　　　　　　CLERK'S OFFICE
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　　　　　202-275-8000

June 28, 2024

2024-1918 - Palmeri v. DOJ

# NOTICE OF NON-COMPLIANCE

The document (Certificate of Interest) submitted by Nicholas J. Palmeri is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer used an incorrect filing event. When refiling a corrected version of this document, please use the following event: **Docketing Statement**. Refer to the court's [Electronic Filing Procedures](#) ("Filing").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u>

An appellant's failure to cure a defective filing may also result in the dismissal of

the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk